## Paystub 1 (95)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I.R. MUELLER CORP | | | 789 COLVIN AVE | | 8769218 | M 05 | 05 | 95 |
| T82 | DEPT. 000 | EMP. NO. 2102 | EMPLOYEE NAME WILLIAM H KRIER | KENMORE NY 14217 | | XXX-XX-9297 | PAY PERIOD 03/14/15 03/20/15 | |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 400 | 22500 | 9000 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 9000 | 558 | 131 | 00 | 00 | 45 | 73922 | 8266 |
| YTD | 10675 | 6626 | 1555 | 00 | 00 | 534 | 03/26/2015 | |

## Paystub 2 (99)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I.R. MUELLER CORP | | | 789 COLVIN AVE | | 8769218 | M 05 | 05 | 99 |
| T82 | DEPT. 000 | EMP. NO. 2102 | EMPLOYEE NAME WILLIAM H KRIER | KENMORE NY 14217 | | XXX-XX-9297 | PAY PERIOD 03/07/15 03/13/15 | |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 400 | 22500 | 9000 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 9000 | 558 | 131 | 00 | 00 | 45 | 73735 | 8266 |
| YTD | 9775 | 6068 | 1424 | 00 | 00 | 489 | 03/19/2015 | |

## Paystub 3 (100)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I.R. MUELLER CORP | | | 789 COLVIN AVE | | 8769218 | M 05 | 05 | 100 |
| T82 | DEPT. 000 | EMP. NO. 2102 | EMPLOYEE NAME WILLIAM H KRIER | KENMORE NY 14217 | | XXX-XX-9297 | PAY PERIOD 02/28/15 03/06/15 | |

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 400 | 22500 | 9000 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 9000 | 558 | 131 | 00 | 00 | 45 | 73547 | 8266 |
| YTD | 8875 | 5510 | 1293 | 00 | 00 | 444 | 03/12/2015 | |

## Paystub 102

**I.R. MUELLER CORP**  
789 COLVIN AVE  
KENMORE, NY 14217  
8769218   M 05   05  
T82   DEPT. 000   EMP. NO. 2102   EMPLOYEE NAME: WILLIAM H KRIER  
XXX-XX-9297   PAY PERIOD 04/11/15 – 04/17/15

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 4.00 | 22.500 | 90.00 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 90.00 | 5.58 | 1.31 | .00 | .00 | .45 | 74683 | 82.66 |
| YTD | 1428.75 | 88.58 | 20.79 | .00 | .00 | 7.14 | 04/23/2015 | |

## Paystub 105

**I.R. MUELLER CORP**  
789 COLVIN AVE  
KENMORE, NY 14217  
8769218   M 05   05  
T82   DEPT. 000   EMP. NO. 2102   EMPLOYEE NAME: WILLIAM H KRIER  
XXX-XX-9297   PAY PERIOD 04/04/15 – 04/10/15

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 4.00 | 22.500 | 90.00 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 90.00 | 5.58 | 1.31 | .00 | .00 | .45 | 74497 | 82.66 |
| YTD | 1338.75 | 83.00 | 19.48 | .00 | .00 | 6.69 | 04/16/2015 | |

## Paystub 103

**I.R. MUELLER CORP**  
789 COLVIN AVE  
KENMORE, NY 14217  
8769218   M 05   05  
T82   DEPT. 000   EMP. NO. 2102   EMPLOYEE NAME: WILLIAM H KRIER  
XXX-XX-9297   PAY PERIOD 03/28/15 – 04/03/15

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 4.00 | 22.500 | 90.00 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 90.00 | 5.58 | 1.31 | .00 | .00 | .45 | 74306 | 82.66 |
| YTD | 1248.75 | 77.42 | 18.17 | .00 | .00 | 6.24 | 04/09/2015 | |

## Paystub 106

**I.R. MUELLER CORP**  
789 COLVIN AVE  
KENMORE, NY 14217  
8769218   M 05   05  
T82   DEPT. 000   EMP. NO. 2102   EMPLOYEE NAME: WILLIAM H KRIER  
XXX-XX-9297   PAY PERIOD 03/21/15 – 03/27/15

| HOURS | RATE | EARNINGS | TYPE | DEDUCTION | TYPE | YTD DEDUCTION | TYPE |
|---|---|---|---|---|---|---|---|
| 4.00 | 22.500 | 90.00 | REG HOURLY | | | | |

| | GROSS | SOCIAL SECURITY | MEDICARE | FED. W/T | STATE W/T | DBL | CK#/DATE | NET PAY |
|---|---|---|---|---|---|---|---|---|
| THIS PAY | 90.00 | 5.58 | 1.31 | .00 | .00 | .45 | 74115 | 82.66 |
| YTD | 1158.75 | 71.84 | 16.86 | .00 | .00 | 5.79 | 04/02/2015 | |

| Emp No. | Employee Name | Period Ending | Check Date | Type | Check No. |
|---|---|---|---|---|---|
| 2366 | WILLIAM H KRIER | 03/04/2015 | 03/12/2015 | | 39074 |

| Type/Hours | | Earnings | Deductions | | Year-To-Date | |
|---|---|---|---|---|---|---|
| Police Shift 2 | 4.50 | 2.25 | FED | 725.43 | Earnings | 21,213.61 |
| Regular Pay | 74.00 | 3,244.66 | FICA | 234.66 | FIT Gross | 21,213.61 |
| Compensatory Time Used | 6.00 | 263.08 | MED | 54.88 | FED | 4,064.54 |
| Overtime Pay at 1.5 - Police | 4.50 | 274.89 | STATE | 210.08 | FICA | 1,315.24 |
| | | | UNION POLICE | 32.45 | MED | 307.60 |
| | | | | | STATE | 1,168.49 |
| | | | | | UNION POLICE | 162.25 |

Town of Tonawanda
2919 Delaware Avenue
Kenmore, New York 14217

| Totals | |
|---|---|
| Total Pay | $3,784.88 |
| Deductions | 1,257.50 |
| Net Pay | 2,527.38 |
| FIT Gross | 3,784.88 |



Erie 1 BOCES
355 Harlem Rd.
West Seneca, NY 14224-1892

| Check Date | Check Number |
|---|---|
| 03/18/2015 | 828132 |

| Employee ID | Employee Name | | Paycheck Location |
|---|---|---|---|
| 11085 | Krier, William H. | | Mail |

| Position Title | Pay Items | | Current Pay Period | FTD as of 03/18/2015 | YTD as of 03/18/2015 |
|---|---|---|---|---|---|
| Incidental Employment Agreement | 14.000 Hours @ $45.00 | | 630.00 | 7,245.00 | |
| ERS #1 | Incidental Employment Agreement | | | | |
| | | Totals | 630.00 | 7,582.50 | 3,397.50 |

| Deductions | Description | | Current Pay Period | FTD as of 03/18/2015 | YTD as of 03/18/2015 |
|---|---|---|---|---|---|
| FICA | FICA | | 39.06 | 470.14 | 210.65 |
| FICA | FICA Medicare Tax | | 9.14 | 109.96 | 49.27 |
| FEDTAX | Federal Income Tax (Married, 0 exmpt.) | | 29.92 | 365.35 | 174.35 |
| STATE | New York State Income Tax (Married, 0 exmpt.) | | 13.15 | 169.59 | 81.55 |
| | | Totals | 91.27 | 1,115.04 | 515.82 |

| | Gross Pay | Deductions | Net Pay | Direct Deposit | Check Amount |
|---|---|---|---|---|---|
| Check Totals | $630.00 | $91.27 | $538.73 | $0.00 | $538.73 |



Erie 1 BOCES
355 Harlem Rd.
West Seneca, NY 14224-1892

| Check Date | Check Number |
|---|---|
| 04/01/2015 | 828301 |

| Employee ID | Employee Name | Paycheck Location |
|---|---|---|
| 11085 | Krier, William H. | Mail |

| Position Title | Pay Items | | Current Pay Period | FTD as of 04/01/2015 | YTD as of 04/01/2015 |
|---|---|---|---|---|---|
| Incidental Employment Agreement | 15.000 Hours @ $45.00 | | 675.00 | 7,920.00 | |
| ERS #1 | Incidental Employment Agreement | | | | |
| | | Totals | 675.00 | 8,257.50 | 4,072.50 |

| Deductions | Description | | Current Pay Period | FTD as of 04/01/2015 | YTD as of 04/01/2015 |
|---|---|---|---|---|---|
| FICA | FICA | | 41.85 | 511.99 | 252.50 |
| FICA | FICA Medicare Tax | | 9.79 | 119.75 | 59.06 |
| FEDTAX | Federal Income Tax (Married, 0 exmpt.) | | 34.42 | 399.77 | 208.77 |
| STATE | New York State Income Tax (Married, 0 exmpt.) | | 15.17 | 184.76 | 96.72 |
| | | Totals | 101.23 | 1,216.27 | 617.05 |

| | Gross Pay | Deductions | Net Pay | Direct Deposit | Check Amount |
|---|---|---|---|---|---|
| Check Totals | $675.00 | $101.23 | $573.77 | $0.00 | $573.77 |

| | Gross Pay | Deductions | Net Pay | Direct Deposit | Check Amount |
|---|---|---|---|---|---|
| Check Totals | $742.50 | $116.19 | $626.31 | $0.00 | $626.31 |



Erie 1 BOCES
355 Harlem Rd.
West Seneca, NY 14224-1892

| Check Date | Check Number |
|---|---|
| 04/15/2015 | 828498 |

| Employee ID | Employee Name | Paycheck Location |
|---|---|---|
| 11085 | Krier, William H. | Mail |

| Position Title | Pay Items | | Current Pay Period | FTD as of 04/15/2015 | YTD as of 04/15/2015 |
|---|---|---|---|---|---|
| Incidental Employment Agreement | 16.500 Hours @ $45.00 | | 742.50 | 8,662.50 | |
| ERS #1 | Incidental Employment Agreement | | | | |
| | | Totals | 742.50 | 9,000.00 | 4,815.00 |

| Deductions | Description | | Current Pay Period | FTD as of 04/15/2015 | YTD as of 04/15/2015 |
|---|---|---|---|---|---|
| FICA | FICA | | 46.04 | 558.03 | 298.54 |
| FICA | FICA Medicare Tax | | 10.77 | 130.52 | 69.83 |
| FEDTAX | Federal Income Tax (Married, 0 exmpt.) | | 41.17 | 440.94 | 249.94 |
| STATE | New York State Income Tax (Married, 0 exmpt.) | | 18.21 | 202.97 | 114.93 |
| | | Totals | 116.19 | 1,332.46 | 733.24 |

## Paystub 1

**Town of Tonawanda**
2919 Delaware Avenue
Kenmore, New York 14217

| Emp No. | Employee Name | Period Ending | Check Date | Type | Chec |
|---|---|---|---|---|---|
| 2366 | WILLIAM H KRIER | 04/15/2015 | 04/23/2015 | | 4 |

| Type/Hours | | Earnings | Deductions | | Year-To-Date | |
|---|---|---|---|---|---|---|
| Police Shift 2 | 4.00 | 2.00 | FED | 768.12 | Earnings | 32,8 |
| Regular Pay | 78.00 | 3,420.04 | FICA | 244.12 | FIT Gross | 32,8 |
| Compensatory Time Used | 2.00 | 87.69 | MED | 57.09 | FED | 6,3 |
| Overtime Pay at 1.5 - Police | 6.00 | 427.61 | STATE | 220.22 | FICA | 2,0 |
| | | | UNION POLICE | 32.45 | MED | 4 |
| | | | | | STATE | 1,8 |
| | | | | | UNION POLICE | 2 |

| Totals | |
|---|---|
| Total Pay | $3,937.34 |
| Deductions | 1,322.00 |
| Net Pay | 2,615.34 |
| FIT Gross | 3,937.34 |

## Paystub 2

**Town of Tonawanda**
2919 Delaware Avenue
Kenmore, New York 14217

| Emp No. | Employee Name | Period Ending | Check Date | Type | Chec |
|---|---|---|---|---|---|
| 2366 | WILLIAM H KRIER | 04/01/2015 | 04/09/2015 | | 4 |

| Type/Hours | | Earnings | Deductions | | Year-To-Date | |
|---|---|---|---|---|---|---|
| Police Shift 2 | 8.00 | 4.00 | FED | 785.79 | Earnings | 28,8 |
| Regular Pay | 68.00 | 2,981.57 | FICA | 248.03 | FIT Gross | 28,8 |
| Personal Leave Used | 8.00 | 350.78 | MED | 58.01 | FED | 5,5 |
| Compensatory Time Used | 4.00 | 175.39 | STATE | 224.42 | FICA | 1,7 |
| Overtime Pay at 1.5 - Police | 8.00 | 488.70 | UNION POLICE | 32.45 | MED | 4 |
| | | | | | STATE | 1,5 |
| | | | | | UNION POLICE | 2 |

| Totals | |
|---|---|
| Total Pay | $4,000.44 |
| Deductions | 1,348.70 |
| Net Pay | 2,651.74 |
| FIT Gross | 4,000.44 |

## Paystub 3

**Town of Tonawanda**
2919 Delaware Avenue
Kenmore, New York 14217

| Emp No. | Employee Name | Period Ending | Check Date | Type | Chec |
|---|---|---|---|---|---|
| 2366 | WILLIAM H KRIER | 03/18/2015 | 03/26/2015 | | 3 |

| Type/Hours | | Earnings | Deductions | | Year-To-Date | |
|---|---|---|---|---|---|---|
| Police Shift 2 | 2.50 | 1.25 | FED | 693.07 | Earnings | 24,8 |
| Regular Pay | 66.00 | 2,893.88 | FICA | 227.03 | FIT Gross | 24,8 |
| Vacation Leave Used | 8.00 | 350.78 | MED | 53.09 | FED | 4,7 |
| Personal Leave Used | 4.00 | 175.39 | STATE | 201.89 | FICA | 1,5 |
| Compensatory Time Used | 2.00 | 87.69 | UNION POLICE | 32.45 | MED | 3 |
| Overtime Pay at 1.5 - Police | 2.50 | 152.72 | | | STATE | 1,3 |
| | | | | | UNION POLICE | 1 |

| Totals | |
|---|---|
| Total Pay | $3,661.71 |
| Deductions | 1,207.53 |
| Net Pay | 2,454.18 |